**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| **Jeffrey Bradby, *et al.*,**<br><br>**Plaintiffs-Appellees,**<br><br>**v.**<br><br>**Dan Koetting, *et al.*,**<br><br>**Defendants-Appellants.** | ) | **Case No. 26-1937** |
| **Jeffrey Bradby, *et al.*,**<br><br>**Plaintiffs-Appellees,**<br>**v.**<br><br>**GDA Consulting Group, LLC, *et al.*,**<br><br>**Defendants-Appellants.** | ) | **Case No. 26-1939** |
| **Jeffrey Bradby, *et al.*,**<br><br>**Plaintiffs-Appellees**<br><br>**v.**<br><br>**Mark Koetting, *et al.*,**<br><br>**Defendants-Appellants.** | ) | **Case No. 26-1941** |

## CONSOLIDATED DEFENDANTS-APPELLANTS' CONSENT MOTION FOR EXTENSION TO FILE OPENING BRIEF AND JOINT APPENDIX

Dan Koetting and Jairo Perez ("Koetting-Perez"), Defendants-Appellants in No. 26-1937; Envision Management, LLC, GDA Consulting Group, LLC,

Benchmark Consulting and Management, LLC, and KP Investment, LLC (collectively, “Envision Corporate Defendants”), Defendants-Appellants in No. 26-1939; and Mark Koetting, MRC Consulting, LLC, and PG2, LLC (collectively, “MRC Defendants,” together with Koetting-Perez and Envision Corporate Defendants, “Consolidated Defendants-Appellants”), Defendants-Appellants in No. 26-1941; by counsel and pursuant to Federal Rule of Appellate Procedure 31 and this Court’s Local Rule 31(c), respectfully request that this Court extend the deadline to file the opening brief and joint appendix for the above-captioned consolidated appeals by 30 days, to and including **September 30, 2026**. In support of their Motion, the Consolidated Defendants-Appellants state the following:

1. This Court issued an order on July 21, 2026, consolidating the above-captioned appeals, which involve multiple entities and individuals that were part of the same lawsuit in the district court.
2. This Court then issued a briefing order that same day instructing the Consolidated Defendants-Appellants to file a single opening brief, with the opening brief and the joint appendix by **August 31, 2026**. ECF 4 at 1.
3. The Consolidated Defendants-Appellants will require additional time to coordinate their respective arguments and to prepare a single, streamlined opening brief in accordance with this Court’s briefing order. These

considerations, coupled with the difficulties of handling a large volume of records in a consolidated joint appendix, necessitate additional time.

4. In addition, the long-standing 11-day summer vacation plans of the lead appellate counsel for Koetting-Perez, and the press of other work, will sharply reduce the time available under the current schedule.
5. Lead counsel for the Envision Corporate Defendants currently has multiple filings due in late August and early September. In addition to the consolidated opening brief, lead counsel for the Envision Corporate Defendants is preparing a reply brief in support of a district-court motion for a preliminary injunction due August 17, 2026; a reply brief in a state-court appeal due August 28, 2026; and an opposition to a motion for class certification due September 3, 2026. In addition, lead counsel for the Envision Corporate Defendants has had longstanding plans to travel overseas on vacation from August 17 to August 28, 2026.
6. Counsel for Koetting-Perez contacted counsel for Plaintiffs-Appellees on August 11, 2026 to obtain their consent to an extension, and they Consent to the motion.
7. The foregoing circumstances make this request for an extension appropriate.

WHEREFORE, the Consolidated Defendants-Appellants respectfully request that this Court grant them a 30-day extension to file the opening brief and the joint

appendix in the three consolidated cases (Case Nos. 26-1937, 26-1939 and 26-1941) with a new deadline of **September 30, 2026**.

August 13, 2026

Respectfully submitted,

By: /s/ *Wm. H. Hurd*
William H. Hurd (VSB #16967)
Edward J. Longosz, II (VSB #39411)
Eckert Seamans Cherin & Mellott, LLC
901 East Byrd Street, Suite 1105
Richmond, Virginia 23219
804-788-9638
whurd@eckertseamans.com
elongosz@eckertseamans.com

*Counsel for Dan Koetting and Jairo Perez, Defendants-Appellants in No. 26-1937*

By: /s/ *Andrew Kim*
Andrew Kim
Matthew S. Sheldon (VSB #73734)
Christina L. Hennecken (VSB #87618)
Goodwin Procter LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000
andrewkim@goodwinlaw.com
msheldon@goodwinlaw.com
chennecken@goodwinlaw.com

*Counsel for Envision Management, LLC, GDA Consulting Group, LLC, Benchmark Consulting and Management, LLC, and KP Investment, LLC, Defendants-Appellants in No. 26-1939*

By: <u>*/s/ Charles K. Seyfarth*</u>
Charles K. Seyfarth (VSB #44530)
Elizabeth Scott Turner (VSB #88056)
O'Hagan Meyer PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
(804) 403-7137
cseyfarth@ohaganmeyer.com
eturner@ohaganmeyer.com

*Counsel for Mark Koetting, MRC Consulting, LLC, and PG2, LLC, Defendants-Appellants in No. 26-1941*

## CERTIFICATE OF SERVICE

This is to certify that on August 13, 2026, I electronically filed the foregoing with the CM/ECF e-filing system, which will automatically send email notification of such filing to attorneys of record.

<u>*/s/ Wm. H. Hurd*</u>
William H. Hurd